UNITED STATES of America,
Plaintiff and Appellee,

v.

Jesus ALVAREZ-FRANCO,
Defendant and Appellant.

No. 71–3070.

United States Court of Appeals,
Ninth Circuit.

July 17, 1972.

Donald L. Ungar (argued), Milton T. Simmons, of Phelan, Simmons & Ungar, San Francisco, Cal., for defendant-appellant.

---

William B. Shubb, Asst. U. S. Atty. (argued), Sacramento, Cal., for plaintiff-appellee.

Before CHAMBERS, MERRILL and WALLACE, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

We cannot conclude that the interrogation conducted by the court was improper.

We think there was a sufficient showing of willfulness and knowledge.

We conclude that the form of sentence was not permissible under Dear Wing Jung v. United States, 312 F.2d 73 (9th Cir., 1962).

The case is remanded for resentencing.